IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA GATHERS *and* ROBERT JAHODA,

       Plaintiffs,                  16cv1375
                                    LEAD CASE
           v.                  ELECTRONICALLY FILED

NEW YORK & COMPANY, INC.,

       Defendant.

_____

AUDRA DEPINA, ROBERT JAHODA,

       Plaintiffs,                  16cv1387
                                    MEMBER CASE
           v.

BURBERRY LIMITED *a New York corporation*,

       Defendant.

ERIKA DORSEY, ROBERT JAHODA

       Plaintiffs,                  16cv1446
                                    MEMBER CASE
           v.

L'OCCITANE, INC.,

       Defendant.

DASHAWN HOLT, ROBERT JAHODA

               Plaintiffs,                      16cv1446
                                                  MEMBER CASE

           v.

VANTAGE HOSPITALITY GROUP, INC.,

               Defendant.

_____

LISA FRAZIER, SOPHIA MONTANO,

               Plaintiffs,                      16cv1562
                                                  MEMBER CASE

           v.

THE BURTON CORPORATION,

               Defendant.

LISA FRAZIER, ACCESS NOW, INC., and
R. DAVID NEW

               Plaintiffs,             16cv1665
                                                MEMBER CASE

           v.

HSBC NORTH AMERICA HOLDINGS,
INC.,

               Defendant.

LISA FRAZIER, ACCESS NOW, INC. a not-
for-profit corporation, R. DAVID NEW,

                  16cv1681

     Plaintiffs,                 ELECTRONICALLY FILED

         v.

GNC HOLDINGS, INC.,

     Defendant.


## <u>ORDER OF COURT</u>

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.     Civil Action Nos. 16-1681 is hereby consolidated with Civil Action No. 16-1375, the lead case as captioned above.

2.     All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 16-1375.

3.     The Clerk of Court shall close Civil Action No. 16-1681.


**SO ORDERED** this 8TH day of November, 2016.

<u>s/Arthur J. Schwab</u>
Arthur J. Schwab
United States District Judge